**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **SANOFI-AVENTIS U.S. LLC; GENZYME CORPORATION; AND REGENERON PHARMACEUTICALS, INC.,**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**AMGEN INC. AND IMMUNEX CORPORATION,**<br><br>    **Defendants.** | **Civil Action No.  1:17-cv-10465-NMG**<br><br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLAINTIFFS' NOTICE OF
VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Sanofi-Aventis U.S. LLC, Genzyme Corporation, and Regeneron Pharmaceuticals, Inc., by and through their undersigned attorneys, hereby give notice that the above-captioned action is voluntary dismissed, without prejudice, against Defendants Amgen Inc. and Immunex Corporation.

Dated:  May 1, 2017                                       Respectfully submitted,

                                                          */s/ John F. Garvish*

                                                          David L. Evans (BBO No. 156695)
                                                          devans@murphyking.com
                                                          Theodore J. Folkman (BBO No. 647642)
                                                          tfolkman@murphyking.com
                                                          Amanda Rettig (BBO No. 653900)
                                                          arettig@murphyking.com
                                                          MURPHY & KING, P.C.
                                                          One Beacon St.
                                                          Boston, Mass. 02108
                                                          Telephone: (617) 423-0400
                                                          Facsimile: (617) 423- 0498

Mike McKool, Jr. (*pro hac vice*)                         John F. Garvish (*pro hac vice*)
mmckool@mckoolsmith.com                                   jgarvish@mckoolsmith.com
McKOOL SMITH, P.C.                                        Geoffrey L. Smith (*pro hac vice*)
300 Crescent Court, Suite 1500                            gsmith@mckoolsmith.com
Dallas, Texas 75201                                       Christine M. Woodin (*pro hac vice*)
Telephone:  (214) 978-4000                                cwoodin@mckoolsmith.com
Facsimile:  (214) 978-4044                                Matthew T. Cameron (*pro hac vice*)
                                                          McKOOL SMITH, P.C.
                                                          300 W. 6th St., Ste. 1700
                                                          Austin, Texas 78701
                                                          Telephone:  (512) 692-8700
                                                          Facsimile:  (512) 692-8744

Radu A. Lelutiu (*pro hac vice*)
rlelutiu@mckoolsmith.com
Lauren L. Fornarotto (*pro hac vice*)
lfornarotto@mckoolsmith.com
McKOOL SMITH, P.C.
One Bryant Park, 47th Floor
New York, NY 10036
Telephone:  (212) 402-9400
Facsimile:  (212) 402-9444

*ATTORNEYS FOR PLAINTIFFS*
*SANOFI-AVENTIS U.S. LLC; GENZYME CORPORATION; AND*
*REGENERON PHARMACEUTICALS, INC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic File ("NEF"), and paper copies will be sent to those indicated as non-registered participants on May 1, 2017 by first class mail.

*/s/ John F. Garvish*
John F. Garvish